[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT
SEPT 13, 2006
THOMAS K. KAHN
CLERK

_____

No. 06-11909
Non-Argument Calendar

_____

D. C. Docket No. 04-00365-CV-WDO-5

JAMES RAYMOND STEWART, JR.,
FRANKIE CAUSEY, GEORGE DEUHART,
MARIO T. SMITH, WILL MORTON,
JAMES B. ALEXANDER, JR.,
JEROME OWENS, JR.,
NATHAN JEROME HARRIS,
CHRISTOPHER FLEMING,
NICKALOUS GREEN, RAMONE LEWIS,
ANTWAN  KIRKLAND, COREY MURPHY,
FRED WILLIAMS, R. W. WILLIAMS,

Plaintiffs-Appellants,

versus

BIBB COUNTY BOARD OF EDUCATION,
RAYNETTE  EVANS, individually and in
her capacity as Athletic Director of the Bibb
County Schools,

Defendants-Appellees.

_____

Appeal from the United States District Court
for the Middle District of Georgia

_____

**(September 13, 2006)**

Before CARNES, PRYOR and HILL, Circuit Judges.

PER CURIAM:

Plaintiff Stewart, coach of a high school football team, and other plaintiffs, former football players on the team, bring action against the Bibb County, Georgia, Board of Education and the Athletic Director for the Bibb County Schools.

Plaintiffs allege that they were damaged when the Georgia High School Association forfeited the school's games for the season having found that a residence eligibility rule had been violated by the team's including a non-county resident. The Athletic Director and Board of Education members failed to appeal the ruling. Damages were alleged to have been sustained by the loss of opportunities to participate in playoff games, loss of exposure to college recruiting coaches, etc.

Defendants' motion to dismiss, converted to a motion for summary judgment, was granted. Plaintiffs appeal.

We have carefully reviewed the record, the briefs of the parties and the Order and Judgment of the Honorable Wilbur D. Owens, Jr., United States District Judge in *Stewart v. Bibb County Bd. of Ed.*, No. 5:04 CV 365, 2006 WL 449197 (M.D. Ga. Feb. 23, 2006).

Finding no reversible error therein, the summary judgment in favor of defendants/appellees is AFFIRMED.